UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

PAMELA YODER,

    Defendant.

Criminal No. 25-mj-30042

Originating No. 24-mj-00263

---

### GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

---

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant PAMELA YODER to answer to charges pending in another federal district, and states:

1. On February 6, 2025, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Southern District of Texas. Defendant is charged in that district with Conspiracy to Commit Wire Fraud and Wire Fraud in violation of 18 U.S.C. §§ 1349 and 1343.

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

> Respectfully submitted,
>
> JULIE A. BECK
> Acting United States Attorney
>
> s/NANCY A. ABRAHAM
> NANCY A. ABRAHAM
> Assistant United States Attorney
> 600 Church Street, Suite 200
> Flint, MI  48502
> Nancy.abraham@usdoj.gov
> (810) 766--5177
> P-42060

Dated:  February 6, 2025